355 P.2d 679

STATE of New Mexico ex rel. MARSH SALES CO., Inc., a corporation, and Mountain States Mutual Casualty Company, a corporation, Petitioners,

v.

Honorable Edwin L. SWOPE, Judge of Division III of the District Court of the Second Judicial District of the State of New Mexico, Respondent.

No. 6777.

Supreme Court of New Mexico.

June 29, 1960.

The Court, McGHEE Chief Justice, and COMPTON, CARMODY, MOISE and CHAVEZ, Justices, concurring, is of the opinion that this is not a case in which the Court should exercise its superintending control, and that the alternative writ heretofore issued was, therefore, improvidently issued; and

Ordered, considered and adjudged that the alternative writ of prohibition heretofore issued herein on May 19, 1960, be and the same is hereby quashed.

355 P.2d 679

John W. BRISTER and Marie Brister, Plaintiffs-Appellees,

v.

William C. HENDERSON, Hubbard's Dept. Store, and Richard W. Kisgen, Defendants-Appellees,

Jerry R. Martin, Defendant-Appellant.

No. 6811.

Supreme Court of New Mexico.

July 15, 1960.

Ordered that the petition for a writ of error be and the same is hereby denied.